```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 15176
    FRANCIS G HUTT IV
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-8843


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/17/2006 and was confirmed 02/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/25/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED VEHIC   20690.57        2273.62        4501.49
EILEEN SANDERSON          NOTICE ONLY     NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        22602.80            .00            .00
SBC                       UNSECURED         767.66            .00            .00
ABN AMRO MORTGAGE         NOTICE ONLY     NOT FILED           .00            .00
ALLIANT CREDIT UNION      UNSECURED       16996.93            .00            .00
ARONSON FURNITURE         UNSECURED       NOT FILED           .00            .00
ARROW SER                 UNSECURED       NOT FILED           .00            .00
CAPITAL ONE               UNSECURED        1098.04            .00            .00
COM ED                    UNSECURED       NOT FILED           .00            .00
CUB FOODS                 UNSECURED       NOT FILED           .00            .00
FIRST PREMIER BANK        UNSECURED       NOT FILED           .00            .00
LASALLE BANK              UNSECURED       NOT FILED           .00            .00
MIDLAND                   UNSECURED         991.41            .00            .00
NWDELOAN                  UNSECURED       NOT FILED           .00            .00
ORCHARD BANK              NOTICE ONLY     NOT FILED           .00            .00
SPRINT PCS                UNSECURED       NOT FILED           .00            .00
US CELLULAR               NOTICE ONLY     NOT FILED           .00            .00
US CELLULAR               UNSECURED       NOT FILED           .00            .00
DRIVE FINANCIAL SERVICES  UNSECURED        1990.57            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         390.48            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED       13182.30            .00            .00
ABN AMRO                  CURRENT MORTG        .00            .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY         3078.83            .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED          47.20            .00            .00
DAVID M SIEGEL            DEBTOR ATTY     2,624.00                        1,078.68
TOM VAUGHN                TRUSTEE                                           527.58
DEBTOR REFUND             REFUND                                            405.53


     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                             RECEIPTS         DISBURSEMENTS

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 15176 FRANCIS G HUTT IV
```

```
--------------------------------------------------------------------------
TRUSTEE                                  8,786.90

PRIORITY                                                          .00
SECURED                                                      4,501.49
    INTEREST                                                 2,273.62
UNSECURED                                                         .00
ADMINISTRATIVE                                               1,078.68
TRUSTEE COMPENSATION                                           527.58
DEBTOR REFUND                                                  405.53
                                      ---------------   ---------------
TOTALS                                   8,786.90            8,786.90
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE